AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| LORENA VILLAGRANA | CASE NUMBER: 08CR1561-W |

I, <u>LORENA VILLAGRANA</u>, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5-15-08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Lorena Villagrana*
Defendant

*[signature]*
Counsel for Defendant

Before _[signature]_
Judicial Officer

**FILED**
MAY 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MB DEPUTY